UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELAGOON BUSINESS SOLUTIONS PVT LTD., d/b/a Computer Phone Assist,<br><br>Defendant. | No.  2:19-cv-324<br><br>**COMPLAINT** |

Plaintiff, the United States of America, by and through its undersigned attorneys, brings this complaint against Defendant ELAGOON BUSINESS SOLUTIONS PVT LTD., d/b/a Computer Phone Assist ("Elagoon") and alleges the following:

**I. NATURE OF THIS ACTION**

1. Starting as early as 2017 and continuing to the present, Defendant has and continues to conduct a large-scale technical-support fraud scheme based and incorporated in Kolkata, India that targets consumers throughout the United States.  Defendant has furthered the scheme in a number of ways, including by maintaining websites (www.computerphoneassist.com; www.elagoonites.com; and www.elagoondigital.com.), email addresses, several telephone numbers, and other infrastructure used in the scheme.

COMPLAINT - 1
CASE NO. 2:19-cv-324

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
202-616-0295

2. The scheme operates by fraudulently inducing consumers to purchase phony or otherwise misrepresented technical-support services related to computers or other electronic devices.

3. The United States seeks to prevent continuing and substantial injury to victims in the United States by bringing this action for a permanent injunction and equitable relief under 18 U.S.C. § 1345.

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

5. The United States District Court for the Western District of Washington is a proper venue for this action under 28 U.S.C. § 1391(b)(2). A substantial part of the events giving rise to this Complaint occurred in this district as Defendant has targeted consumers that reside in this judicial district.

## III. PARTIES

6. Plaintiff is the United States.

7. Defendant Elagoon, in connection with the matters alleged herein, transacts and has transacted business in this district.

## IV. FACTS

### A. **Defendant is an Ongoing Technical-Support Fraud Scheme**

8. Defendant conducts a large-scale technical-support fraud scheme that targets victims throughout the United States. Since at least as early as 2017, telemarketers based in India have used telephone calls and the infrastructure maintained by Defendant to operate the technical-support scheme. Telemarketers working for the scheme fraudulently pose as

COMPLAINT - 2
CASE NO. 2:19-cv-324

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
202-616-0295

technicians to induce consumers to purchase phony or otherwise misrepresented technical-support services, and to make further payments based on additional fraudulent misrepresentations.  Telemarketers contact consumers principally by placing cold calls.  The telemarketers often falsely claim to work for or be affiliated with large, well-known technology companies.

9. Once a telemarketer has a consumer on the phone, the telemarketer emphasizes the need for immediate action, claiming that the consumer's computer is at risk.  The telemarketer advises that it can assist but first needs remote access to the computer or device.  Once remotely connected, the telemarketer or a "supervisor" employed by Defendant purports to confirm the existence of a serious computer virus or other security threat to the consumer's computer or device. Sometimes telemarketers claimed that hackers had already taken over the consumer's computer or email accounts and displayed a screen purporting to show, in real time, that the device was undergoing a further hacking attack.  Imparting a sense of urgency, Defendant's representatives then claim that they will install high-quality network security software or take other actions to resolve the security threat in exchange for a substantial sum of money.

10. After purportedly installing high-quality network security software or otherwise addressing the "threats" to the consumer's computer, the telemarketer instructs the consumer to pay.  At times, consumers have been asked to pay through credit card transactions using under the merchant account name "Coders for Hire" (and likely others) or by purchasing and supplying the numbers for gift cards.  Consumers are routinely charged from several hundred to several thousand dollars for the fraudulent services.

COMPLAINT - 3
CASE NO. 2:19-cv-324

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
202-616-0295

11. At times, consumers who have already paid Defendant once for technical-support receive subsequent calls.  During these call, the telemarketers concoct new phony reasons the consumer must purchase additional security software or additional services to avoid serious new computer viruses or other threats to their devices.  In some cases, consumers have been induced to make additional payments or grant access to their bank accounts in order to receive refunds of prior payments—refunds that never occur.

12. Since 2017, consumers, including consumers in this district, have filed complaints about Defendant on Consumer Sentinel, a consumer complaint database maintained by the Federal Trade Commission ("FTC"). These complaints have continued into January and February of 2019 and include an incident where an elderly consumer reports being induced to pay $6000 in gift cards for Defendant's fraudulent services.

### B. Defendant's Knowledge of Fraud

13. Upon information and belief, the United States alleges that Defendant has knowledge and is in fact a willing and active participant in the pervasive fraud perpetrated in its name. Defendant hires and trains personnel to perpetuate its scheme through misrepresentations contained in scripts that it has prepared for this purpose. On publicly available websites, consumers specifically complain about the Defendant's impersonation of legitimate technology companies and misrepresentations made by telemarketers acting at Defendant's direction about computer threats present on consumer's computers and the value of software purportedly installed.

### C. Harm to Consumers

14. Consumers suffer financial losses from the wire fraud scheme facilitated by the Defendant. Those victimized by the scheme reside across the United States, including in this

COMPLAINT - 4
CASE NO. 2:19-cv-324

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
202-616-0295

judicial district. Defendant is continuing to facilitate the technical-support fraud scheme. Absent injunctive relief by this Court, Defendant's conduct will continue to cause injury to consumers across the United States.

## COUNT I
## (18 U.S.C. § 1345 – Injunctive Relief)

15. The United States re-alleges and incorporates by reference Paragraphs 1 through 14 of this Complaint as though fully set forth herein.

16. By reason of the conduct described herein, Defendant has violated, are violating, and are about to violate 18 U.S.C. § 1343 by executing a scheme and artifice to defraud for obtaining money or property by means of false or fraudulent representations with the intent to defraud, and, in so doing, use interstate and foreign wire communications.

17. Upon a showing that Defendant is committing or about to commit wire fraud, the United States is entitled, under 18 U.S.C. § 1345, to seek a preliminary injunction and a permanent injunction restraining all future fraudulent conduct and any other action that this Court deems just in order to prevent a continuing and substantial injury to the consumers.

18. As a result of the foregoing, Defendant's conduct should be enjoined pursuant to 18 U.S.C. § 1345.

## V. PRAYER FOR RELIEF

19. WHEREFORE, Plaintiff, United States of America, requests of the Court the following relief:

A. That the Court issue a preliminary injunction and permanent injunction, pursuant to 18 U.S.C. § 1345, that Defendant, its agents, officers, and employees, and all other persons or entities in active concert or participation with them, are restrained from:

COMPLAINT - 5
CASE NO. 2:19-cv-324

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
202-616-0295

    (1) using wire communications in interstate or foreign commerce for the purpose of executing any scheme and artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises;

    (2) conducting or purporting to conduct any consumer technical-support services; and

  B. That the Court order such other and further relief as the Court shall deem just and proper.

Respectfully submitted this 5th day of March, 2019.

        GUSTAV W. EYLER
        Acting Director
        Consumer Protection Branch

        */s/ Daniel K. Crane-Hirsch*
        Daniel K. Crane-Hirsch
        Consumer Protection Branch
        United States Department of Justice
        P.O. Box 386
        Washington, DC  20044
        Tel.: 202-616-8242
        Fax: 202-514-8742
        Email: daniel.crane-hirsch@usdoj.gov

        BRIAN T. MORAN
        United States Attorney

        */s/ Kayla C. Stahman*
        KAYLA C. STAHMAN, CA #228931
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Phone:  206-553-7970
        Fax: 206-553-4067
        Email:  kayla.stahman@usdoj.gov

        Counsel for United States of America

COMPLAINT - 6
CASE NO. 2:19-cv-324

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC  20044
202-616-0295

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Western District of Washington and is the person of such age and discretion as to be competent to serve papers;

It is further certified that the United States will be submitting said pleading to the Central Authority of India for service in accordance with the Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Service Convention") and India's declarations and reservations pursuant thereto. The address for Defendant ELAGOON BUSINESS SOLUTIONS PVT. LTD., d/b/a Computer Phone Assist, is:

> Elagoon Business Solutions Private Limited
> MARTIN BURN BUSINESS PARK SUITE NO.-7B
> BLOCK-BP 3
> SECTOR V, SALTLAKE
> 700091 Kolkata
> West Bengal
> India

Dated this 5th day of March, 2019.

> */s/ Thomas Everett*
> THOMAS EVERETT
> Paralegal
> United States Attorney's Office
> 700 Stewart Street, Suite 5220
> Seattle, Washington 98101-1271
> Phone: (206) 553-7970
> Fax: (206) 553-0882
> E-mail: thomas.everett@usdoj.gov

COMPLAINT - 7
CASE NO. 2:19-cv-324

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
202-616-0295

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
Elagoon Business Solutions Pvt Ltd., D/B/A Computer Phone Assist

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: West Bengal India
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Daniel K. Crane-Hirsch
Department of Justice, Consumer Protection Branch
P.O. Box 386, Washington, DC 20044, 202-616-8242

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  |  | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability |  | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** |  | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise |  ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | [X] 890 Other Statutory Actions |
|  |  | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions |  |  |
|  | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 1345

Brief description of cause:
Anti-Fraud Injunction Statute

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                    DOCKET NUMBER

DATE: 03/05/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Daniel K. Crane-Hirsch

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|                          |   |                  |
|--------------------------|---|------------------|
| *Plaintiff(s)*           | ) |                  |
| v.                       | ) | Civil Action No. |
| *Defendant(s)*           | ) |                  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: