District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELAGOON BUSINESS SOLUTIONS PVT LTD., d/b/a Computer Phone Assist,<br><br>Defendant. | No. 2:19-cv-00324-RSL |

## **PRELIMINARY INJUNCTION ORDER**

This matter comes before the Court upon United States' Motion for Preliminary Injunction (the "Motion"). Upon consideration of the Motion pursuant to 18 U.S.C. § 1345, the Complaint for Preliminary and Permanent Injunctions (the "Complaint"), and the Declarations of United States Postal Inspector Thomas Ninan, Christopher Doring, Philip Levenseller, and the entire record in this case, the Court finds that:

This Court has jurisdiction over the subject matter of this case, there is good cause to believe that it will have jurisdiction over all the parties hereto, and venue in this district is proper.

PRELIMINARY
INJUNCTION ORDER - 1
CASE NO. 2:19-cv-00324-RSL

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
PO Box 386, Washington, DC 20044
(206) 616-0295

There is probable cause to believe that Defendant Elagoon Business Solutions PVT Ltd., d/b/a "Computer Phone Assist" was, prior to filing of the Complaint, violating and, unless a preliminary injunction is entered, will continue to violate 18 U.S.C. § 1343.

The website domains "www.computerphoneassist.com", "www.elagoonites.com", and "www.elagoondigital.com" are instrumentalities that facilitate Defendant's crimes.

The email addresses "contact@computerphoneassist.com" and "contact@elgoonites.com" are instrumentalities that facilitate Defendant's crimes.

Allowing continued use of these website domains and email addresses would cause continuing and substantial injury to the United States and to United States consumers.

Injunctive relief to protect the public interest in a case brought under Section 1345 is expressly authorized when "warranted to prevent a continuing and substantial injury to the United States or to any person or class of persons for whose protection the action is brought." 18 U.S.C. § 1345(b). As such, when the government seeks an injunction to enforce a statute that specifically authorizes injunctive relief, the Ninth Circuit does not impose the traditional tests for preliminary injunction. *United States v. Estate Pres. Servs.*, 202 F.3d 1093, 1098 (9th Cir. 2000). Nevertheless, even though the traditional test is not necessary in order to obtain injunctive relief under Section 1345, the Court has further finds that permitting Defendant to continue to perpetrate the alleged wire fraud would constitute irreparable harm, the equities weigh in favor of the injunction, and the scope of the requested injunction is appropriate.

The statutory conditions for granting a preliminary injunction under 18 U.S.C. § 1345 are therefore met.

Defendant's violations will continue unless a preliminary injunction is issued.

PRELIMINARY
INJUNCTION ORDER - 2
CASE NO. 2:19-cv-00324-RSL

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
PO Box 386, Washington, DC 20044
(206) 616-0295

1       **THEREFORE, IT IS HEREBY ORDERED** that, pursuant to 18 U.S.C. § 1345:

The United States' Motion for Preliminary Injunction is **GRANTED**.

      Until further order, Defendant, its agents, officers, and employees, and all other persons and entities in active concert or participation with it are restrained from the following:

    (1) committing wire fraud, as defined by 18 U.S.C. § 1343;

    (2) impersonating any other technology company;

    (3) engaging in telemarketing activity that claims that a consumer has a computer virus or other security-related infection;

    (4) accepting consumer payments relating to any purported technical-support service;

    (5) maintaining or doing business through the use of the website domains "www.computerphoneassist.com;" "www.elagoonites.com;" and "www.elagoondigital.com;"

    (6) using the email addresses "contact@computerphoneassist.com" and "contact@elgoonites.com;"

    (7) destroying business records related to Defendant's business, financial, or accounting operations; and

    (8) taking actions designed to interfere with any additional Court orders regarding the "www.computerphoneassist.com", "www.elagoonites.com", and "www.elagoondigital.com" website domains or the "contact@computerphoneassist.com" and "contact@elgoonites.com" email addresses.

      **IT IS HEREBY FURTHER ORDERED** that this preliminary injunction shall remain in force until a final judgment or order is issued in this matter, unless otherwise modified in

PRELIMINARY
INJUNCTION ORDER - 3
CASE NO. 2:19-cv-00324-RSL

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
PO Box 386, Washington, DC 20044
(206) 616-0295

writing by the Court. Pursuant to 18 U.S.C. § 1345(a)(3) and Rule 65(c) of the Federal Rules of Civil Procedure, Plaintiff United States shall not be required to post security for this action.

**IT IS FURTHER ORDERED THAT** the United States shall notify Defendant of this Order by providing a copy via email to: contact@computerphoneassist.com and contact@elgoonites.com.

Dated this 2nd day of May, 2019.

*[signature]*
HONORABLE ROBERT S. LASNIK
United States District Judge

Presented by:

| | |
|---|---|
| GUSTAV W. EYLER<br>Acting Director<br>Consumer Protection Branch | BRIAN T. MORAN<br>United States Attorney |
| JILL P. FURMAN<br>Deputy Director<br>Consumer Protection Branch | */s/ Kayla C. Stahman*<br>KAYLA C. STAHMAN, CA #228931<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: kayla.stahman@usdoj.gov |
| */s/ Daniel K. Crane-Hirsch*<br>DANIEL K. CRANE-HIRSCH<br>CLAUDE F. SCOTT<br>Consumer Protection Branch<br>United States Department of Justice<br>P.O. Box 386<br>Washington, DC 20044<br>Tel.: 202-616-8242<br>Fax: 202-514-8742<br>Email: daniel.crane-hirsch@usdoj.gov | |

Counsel for United States of America

PRELIMINARY
INJUNCTION ORDER - 4
CASE NO. 2:19-cv-00324-RSL

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
PO Box 386, Washington, DC 20044
(206) 616-0295