# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELAGOON BUSINESS SOLUTIONS PVT LTD., d/b/a Computer Phone Assist

Defendant.

NO. C19-324RSL

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. The above entitled case was filed on March 5, 2019. This Court issued an Amended Preliminary Injunction Order on May 2, 2019. No documents have been filed since May 2, 2019.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than February 27, 2020. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, February 28, 2020.

DATED this 7th day of February, 2020.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE