The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELAGOON BUSINESS SOLUTIONS PVT LTD., d/b/a Computer Phone Assist,<br><br>Defendant. | No. 2:19-cv-00324-RSL<br><br>ORDER AUTHORIZING SERVICE OF THE SUMMONS AND COMPLAINT BY NEWSPAPER PUBLICATION |

This matter comes before the Court upon United States' Response to Order to Show Cause and Motion for an Order Authorizing Service of the Summons and Complaint by Newspaper Publication (the "Motion"). Upon consideration of the Motion, the Second Certification and Declaration of Daniel K. Crane-Hirsch in support thereof, and the entire record in this case, the Court finds that:

The United States has taken adequate steps to attempt service pursuant to the Hague Service Convention under Federal Rule of Civil Procedure 4(f)(1).

ORDER AUTHORIZING SERVICE OF THE SUMMONS AND COMPLAINT BY NEWSPAPER PUBLICATION - 1
CASE NO. 2:19-cv-00324-RSL

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
PO Box 386, Washington, DC  20044
(206) 616-0295

The United States has waited a sufficiently long amount of time as to have a reasonable belief that service of process through the Indian Central Authority, pursuant to Articles 2-5 of the Hague Service Convention, will not be effected in a timely manner.

The United States has fully complied with the requirements for service as specified by India pursuant to the Hague Service Convention and the United States has complied with the requirements of Article 15(2) such that, subject to relevant due process considerations under the United States Constitution, a United States judge could enter default judgment against Defendant Elagoon.

The United States has taken reasonable steps to confirm that Defendant Elagoon is located in Kolkata, India, and to verify that Defendant conducts business in the English language.

Pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, the United States has taken reasonable steps to identify alternative means of service via the two prominent English-language newspaper publications in Kolkata, India.

**THEREFORE, IT IS HEREBY ORDERED** that, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, the United States' Motion for an Order Authorizing Service of the Summons and Complaint by Newspaper Publication is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED** that the United States shall effect service of process of the Complaint (Dkt. 1) and Summons (Dkt.1-2) in this matter via publication of a printed advertisement of the aforementioned documents in *The Telegraph* and *The Statesman*, no less than once a week for at least four continuous weeks.

**IT IS FURTHER ORDERED** that, upon a showing by the United States of the aforementioned publications in *The Telegraph* and *The Statesman* for four continuous weeks,

ORDER AUTHORIZING SERVICE OF THE
SUMMONS AND COMPLAINT BY NEWSPAPER
PUBLICATION - 2
CASE NO. 2:19-cv-00324-RSL

UNITED STATES DEPARTMENT OF JUSTICE
Consumer Protection Branch
PO Box 386, Washington, DC  20044
(206) 616-0295

1  Defendant will be considered to have been effected of constructive process of the Complaint and

2  Summons in this matter.

3

4  **DONE AND ORDERED** in Chambers at Seattle this 23rd day of ___March___, 2020.

5

6  _____
   HONORABLE ROBERT S. LASNIK
   United States District Judge

7

  Presented by:

8

   GUSTAV W. EYLER                         BRIAN T. MORAN
9  Director                                United States Attorney
   Consumer Protection Branch

10                                         */s/ Kayla C. Stahman*
                                           KAYLA C. STAHMAN, CA #228931
11 */s/ Daniel K. Crane-Hirsch*            Assistant United States Attorney
   DANIEL K. CRANE-HIRSCH                  United States Attorney's Office
12 Consumer Protection Branch              700 Stewart Street, Suite 5220
   United States Department of Justice     Seattle, Washington 98101-1271
13 P.O. Box 386                            Phone:  206-553-7970
   Washington, DC  20044                   Fax:    206-553-4067
14 Tel.: 202-616-8242                      Email:  kayla.stahman@usdoj.gov
   Fax: 202-514-8742
15 Email: daniel.crane-hirsch@usdoj.gov
                                           *Counsel for United States of America*
16

17

18

19

20

21

22

23